# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTION ASSISTANCE COMMISSION,<br><br>    Defendants. | Civil Action No. 1:20-cv-00633-APM |

## ANSWER

Defendant Election Assistance Commission ("EAC" or "defendant"), through its undersigned counsel, hereby answers the Complaint (ECF No. 1) ("Complaint") filed by plaintiff American Oversight ("plaintiff"), on March 4, 2018, as follows:

## FIRST DEFENSE

Plaintiff is not entitled to information that is exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendant responds to the unnumbered and numbered paragraphs of plaintiff's Complaint as set forth below:

1.    Paragraph 1 consists of plaintiff's characterization of this lawsuit, to which no response is required.

2.    Paragraph 2 consists of plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

3.    Paragraph 3 consists of plaintiff's legal conclusions regarding venue, to which no response is required.

4. Paragraph 4 consists of plaintiff's legal conclusions, to which no response is required.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6. Defendant admits the first sentence of paragraph 6. The second sentence of this paragraph consists of plaintiff's legal conclusions, to which no response is required.

7. The allegations in paragraph 7 do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 regarding the motivation for plaintiff's FOIA requests.

9. Defendant admits that the EAC received a FOIA request from plaintiff dated October 18, 2019, that contained, among other language, the wording set forth in this paragraph. Defendant respectfully refers the Court to the request for a full and accurate statement of its contents.

10. Admitted.

11. Admitted as of the time of filing of the Complaint.

12. Defendant admits that the EAC received a FOIA request from plaintiff dated October 18, 2019, that contained, among other language, the wording set forth in this paragraph. Defendant respectfully refers the Court to the request for a full and accurate statement of its contents.

13. Admitted.

14. Admitted.

15. Admitted as of the time of filing of the Complaint.

16. Denied. The EAC received a FOIA request from plaintiff dated October 18, 2019, that contained, among other language, the wording set forth in this paragraph. Defendant respectfully refers the Court to the request for a full and accurate statement of its contents.

17. Admitted as to the request described in paragraph 16 of this Answer.

18. Admitted as of the time of filing of the Complaint.

19. Admitted as of the time of filing of the Complaint.

20. Paragraph 20 consists of plaintiff's legal conclusions and characterization of this lawsuit, to which no response is required.

21. Defendant incorporates by reference its answers to paragraphs l through 20 of the Complaint.

22-26. Paragraphs 22-26 consist of plaintiff's legal conclusions, to which no response is required, except to admit that EAC is an agency subject to FOIA.

27. Defendant incorporates by reference its answers to paragraphs l through 26 of the Complaint.

28-33. Paragraphs 28-33 consist of plaintiff's legal conclusions, to which no response is required, except to admit that EAC is an agency subject to FOIA.

The remaining paragraphs of the Complaint contain plaintiff's requested relief, to which no response is required. To the extent a response is required, defendant denies the allegations contained in the remaining paragraphs of the Complaint and further avers that plaintiff is not entitled to any relief.

Defendant hereby denies all allegations in the Complaint not expressly admitted or denied.

Dated:  April 6, 2020

Respectfully submitted,

JOSEPH H. HUNT
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*