# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTION ASSISTANCE COMMISSION,<br><br>    Defendants. | Civil Action No. 1:20-cv-00633-APM |

## JOINT STATUS REPORT

Plaintiff American Oversight ("Plaintiff") and Defendant Election Assistance Commission ("Defendant"), through their undersigned counsel, hereby submit the following joint status report.

This case concerns three Freedom of Information Act ("FOIA") requests submitted by Plaintiff to Defendant. As described in the Complaint, they are (1) the "Directives FOIA," (2) the "White House Communications FOIA," and (3) the "Outside Communications FOIA." Each request will be addressed separately below.

1. **DIRECTIVES FOIA**

Defendant provided its final response to this FOIA request on March 26, 2020, producing two unredacted documents. No documents were withheld. Defendant has provided Plaintiff with information regarding the search that was conducted for this FOIA request. Plaintiff is evaluating that information to determine whether further inquiry or briefing is warranted on the adequacy of the search.

2. **WHITE HOUSE COMMUNICATIONS FOIA**

Defendant anticipates providing Part I of its final response to this FOIA request in the next week, and that, along with that response, it will be releasing approximately 11 documents. Defendant is currently reviewing the final response package. Defendant anticipates that Part II of this response, which pertains exclusively to text message communications, if any, will be provided in the next two weeks. Plaintiff will need time following receipt of these responses for review.

3. **OUTSIDE COMMUNICATIONS FOIA**

Defendant has completed its search for documents responsive to this request and is in the process of reviewing the responsive documents for release. Defendant anticipates that it will provide its final response to this request within the next two weeks and that, along with that response, it will be releasing approximately 5 documents. Plaintiff will need time following receipt of the response for review.

4. **NEXT STEPS**

As searches have been completed for all requests and processing is complete or nearly complete for all of them, Defendant does not anticipate filing a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). The parties do not yet know whether summary judgment briefing will be necessary. They will continue to confer regarding any issues identified by Plaintiff with regard to Defendant's responses. They propose that they file a follow-up Joint Status Report within thirty days, or by May 20, 2020, stating whether they anticipate summary judgment briefing and, if so, a proposed schedule.

Dated: April 20, 2020

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*