# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. ELECTION ASSISTANCE COMMISSION,<br><br>  Defendants. | Civil Action No. 1:20-cv-00633-APM |

## JOINT STATUS REPORT

Plaintiff American Oversight ("Plaintiff") and Defendant U.S. Election Assistance Commission ("Defendant"), through their undersigned counsel, hereby submit the following joint status report.

This case concerns three Freedom of Information Act ("FOIA") requests submitted by Plaintiff to Defendant. As described in the Complaint, they are (1) the "Directives FOIA," (2) the "White House Communications FOIA," and (3) the "Outside Communications FOIA." Each request will be addressed separately below.

1. **DIRECTIVES FOIA**

Defendant provided its final response to this FOIA request on March 26, 2020, producing two unredacted documents. No documents were withheld. At Plaintiff's request, Defendant has provided Plaintiff with information regarding the search that was conducted for this FOIA request. Plaintiff is evaluating that information to determine whether further inquiry or briefing is warranted on the adequacy of the search.

2. **WHITE HOUSE COMMUNICATIONS FOIA**

Defendant provided its final response to this FOIA request on May 1, 2020. Plaintiff is currently in the process of reviewing the produced documents.

3. **OUTSIDE COMMUNICATIONS FOIA**

Defendant provided its final response to this FOIA request on May 1, 2020. Plaintiff is currently in the process of reviewing the produced documents.

4. **NEXT STEPS**

As Plaintiff is still in the process of reviewing the produced records, parties do not yet know whether summary judgment briefing will be necessary. They propose that they file a follow-up Joint Status Report within thirty days, or by June 19, 2020, stating whether they anticipate summary judgment briefing and, if so, a proposed schedule.

| | |
|---|---|
| Dated:  May 19, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT |
| */s/ Emma Lewis* | Civil Division |
| Emma Lewis | |
| D.C. Bar No. 144574 | MARCIA BERMAN |
| AMERICAN OVERSIGHT | Assistant Branch Director, Civil Division |
| 1030 15th Street NW, B255 | |
| Washington, DC 20005 | */s/ Carol Federighi* |
| (202) 919-6303 | CAROL FEDERIGHI |
| emma.lewis@americanoversight.org | Senior Trial Counsel |
| | United States Department of Justice |
| *Counsel for Plaintiff* | Civil Division, Federal Programs Branch |
| | P.O. Box 883 |
| | Washington, DC 20044 |
| | Phone: (202) 514-1903 |
| | Email: carol.federighi@usdoj.gov |
| | |
| | *Counsel for Defendant* |