# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>       Plaintiff,<br><br>v.<br><br>ELECTION ASSISTANCE COMMISSION,<br><br>       Defendants. | Civil Action No. 1:20-cv-00633-APM |

## JOINT STATUS REPORT

Plaintiff American Oversight ("Plaintiff") and Defendant Election Assistance Commission ("Defendant"), through their undersigned counsel, hereby submit the following joint status report pursuant the Court's minute order of May 19, 2020.

This case concerns three Freedom of Information Act ("FOIA") requests submitted by Plaintiff to Defendant. As described in the Complaint, they are (1) the "Directives FOIA," (2) the "White House Communications FOIA," and (3) the "Outside Communications FOIA." Each request will be addressed separately below.

1. **DIRECTIVES FOIA**

Defendant provided its final response to this FOIA request on March 26, 2020, producing two unredacted documents. No documents were withheld. At Plaintiff's request, Defendant has provided Plaintiff with information regarding the search that was conducted for this FOIA request. Plaintiff is still evaluating that information to determine whether briefing is necessary on the adequacy of the search.

2. **WHITE HOUSE COMMUNICATIONS FOIA**

Defendant provided its final response to this FOIA request on May 1, 2020. The parties are conferring regarding Defendant's searches and response.

3. **OUTSIDE COMMUNICATIONS FOIA**

Defendant provided its final response to this FOIA request on May 1, 2020. The parties are conferring regarding Defendant's searches and response.

4. **NEXT STEPS**

The parties do not yet know whether summary judgment briefing will be necessary. They propose that they file a follow-up Joint Status Report within thirty days, or by July 20, 2020, stating whether they anticipate summary judgment briefing and, if so, a proposed schedule.

Dated: June 19, 2020

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*