# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 20-633 (APM) |
| U.S. ELECTION ASSISTANCE COMMISSION | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Oversight and Defendant United States Election Assistance Commission hereby stipulate to the voluntary dismissal of this action, with each party to bear its own fees and costs. Voluntary dismissal by a plaintiff without a court order is appropriate "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant has responded to Plaintiff's Freedom of Information Act requests and timely responded to questions. There are no issues remaining in dispute at this time.

Dated: July 20, 2020

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*


ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*